# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**SHANE ANTHONY SCACCIA**

APRIL 2023 GRAND JURY
(Impaneled April 6, 2023)

**INDICTMENT**

Violations:
18 U.S.C. §§ 922(a)(1)(A) and 922(o)(1)

(5 Counts and 1 Forfeiture Allegation)

## COUNT 1

**(Dealing Firearms Without a License)**

**The Grand Jury Charges That:**

Beginning in or before March 2020, the exact date being unknown to the Grand Jury, and on or about April 28, 2021, in the Western District of New York, the defendant, **SHANE ANTHONY SCACCIA**, not being a licensed dealer of firearms within the meaning of Chapter 44, United States Code, did willfully engage in the business of dealing firearms.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).**

## COUNT 2

**(Possession and Transfer of Machineguns)**

**The Grand Jury Further Charges That**:

Between on or about February 14, 2021, and on or about March 8, 2021, in the Western District of New York, the defendant, **SHANE ANTHONY SCACCIA**, did

knowingly possess and transfer machineguns, that is, fourteen (14) Trigger Control Group Travel Reducers for an AR-style firearm, knowing and being aware of the essential characteristics of the firearms which made them machineguns.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 3

**(Possession and Transfer of Machinegun)**

**The Grand Jury Further Charges That**:

On or about March 23, 2021, in the Western District of New York, the defendant, **SHANE ANTHONY SCACCIA**, did knowingly possess and transfer a machinegun, that is, one (1) Drop-In Auto Sear for an AR-style firearm, knowing and being aware of the essential characteristics of the firearm which made it a machinegun.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 4

**(Possession and Transfer of Machineguns)**

**The Grand Jury Further Charges That**:

On or about April 15, 2021, in the Western District of New York, the defendant, **SHANE ANTHONY SCACCIA**, did knowingly possess and transfer machineguns, that is, fifteen (15) Trigger Control Group Travel Reducers for an AR-style firearm, knowing and being aware of the essential characteristics of the firearms which made them machineguns.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 5

### (Possession of Machineguns)

### The Grand Jury Further Charges That:

On or about April 28, 2021, in the Western District of New York, the defendant, **SHANE ANTHONY SCACCIA**, did knowingly possess machineguns, that is, fourteen (14) Trigger Control Group Travel Reducers for an AR-style firearm, knowing and being aware of the essential characteristics of the firearms which made them machineguns.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any and all counts of this Indictment, the defendant, **SHANE ANTHONY SCACCIA**, shall forfeit to the United States, all of his right, title, and interest in any firearms, firearms parts, magazines, and ammunition, involved or used in the commission of the offense(s), or found in the possession or under the immediate control of the defendant at the time of arrest, including, but not limited to:

a. One (1) black powder revolver, bearing serial number 4637;

b. One (1) black powder revolver, bearing serial number 30482;

c. One (1) flare gun (unknown manufacturer);

d. One (1) black ammunition box containing assorted belongings and ammunition;

e. One (1) 9mm firearm magazine;

f. Three (3) handgun receivers (unknown manufacturers); and

3

    g.    One (1) 3D filament box containing firearms parts.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, June 1, 2023.

                          TRINI E. ROSS
                          United States Attorney

BY: *s/Brett A. Harvey*
       BRETT A. HARVEY
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       100 State Street, Suite 500
       Rochester, New York 14614
       585/399-3949
       Brett.Harvey@usdoj.gov

A TRUE BILL:

*s/Foreperson*
FOREPERSON

4