****PLEASE NOTE THAT THE CONTENT OF THIS ORDER HAS CHANGED.  BE SURE TO READ THE ENTIRE ORDER TO BE IN COMPLIANCE.****

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | SENTENCE GUIDELINE ORDER |
| v. | |
| SHANE ANTHONY SCACCIA, | CASE NO. 23-CR-6104 |
| Defendant. | |

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Brett Harvey |
| DEFENSE ATTORNEY | Matthew Lembke |
| INTERPRETER (YES or NO) | No |
| PLEA DATE | December 18, 2023 |
| SENTENCING DATE | April 16, 2024 at 9:15 a.m. |
| INITIAL PSR DUE | March 2, 2024 (45 DAYS PRIOR TO SENTENCING*) |

OBJECTIONS (IF ANY), DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)**

March 23, 2024
(24 DAYS PRIOR TO SENTENCING*)

RESPONSES TO OBJECTIONS MOTIONS DUE

April 2, 2024
(14 DAYS PRIOR TO SENTENCING*)

5K1.1 APPLICATION, IF ANY, DUE

April 6, 2024
(10 DAYS PRIOR TO SENTENCING*)

SENTENCING STATEMENT OF PARTIES, LETTERS, OR SIMILAR SUBMISSIONS DUE

April 6, 2024
(10 DAYS PRIOR TO SENTENCING*)

FINAL PSR DUE

April 9, 2024
(7 DAYS PRIOR TO SENTENCING*)

***This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned.  That is, whatever the sentencing date, the time requirements apply.  <u>ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.</u>***

# ****NOTE TO COUNSEL****

## MOTIONS FOR EXTENSIONS OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY THE EXPIRATION OF ANY DEADLINE.

*If extensions of time for the filing of statements are needed, such requests must be made on notice to the Court through a formal motion or a letter motion requesting such extension and demonstrating good cause. Untimely requests for extension of time will **not** be considered. **The Court will not consider late submissions or applications for extensions of time.***

*If any of the above dates fall on a holiday or day when the Court is closed, the due date is the next business day.*

IT IS SO ORDERED.

Dated: December 18, 2023
Rochester, New York

ENTER:

*(signed)* Charles J. Siragusa
CHARLES J. SIRAGUSA
United States District Judge

*REVISED 1/2023*